IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Jean Evans Paulema                : CHAPTER 13
                                          :
            Debtors,                      : CASE NO. 13-11862 JKF

## NOTICE OF SUPPLEMENTAL APPLICATION FOR COMPENSATION

To the Debtors, counsel Trustee, all creditors and parties in interest,

NOTICE IS GIVEN THAT:

    Law Offices of Georgette Miller, Esq., P.C., counselors for the debtors, has filed a Supplemental Application for Compensation and Reimbursement of Expenses and has applied for additional fees in the amount of $2,500.00 in the above referenced matter.

    Any creditor or party in interest may file an answer, objection or request for hearing concerning the Application with the Clerk, U.S. Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, PA 19107-4299, and serve a copy on the counsel for the applicant, whose name and address appears below, on or before twenty(20) days from the date of this notice.

    In the absence of any answer, objection or request for hearing, counsel shall so certify and the Court may consider the application.

DATE: January 26, 2017                    BY: /s/ Georgette A. Miller
                                          Georgette A. Miller, Esq.
                                          Counsel for Applicants:
                                          Law Offices of Georgette Miller
                                          335 Evesham Avenue
                                          Lawnside, NJ 08045

{00110605;v1}