**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| JEAN EVANS PAULEMA, | : | |
| | : | |
| Debtor. | : | Case No. 13-11862 (JKF) |

**ORDER SCHEDULING HEARING
ON SUPPLEMENTAL APPLICATION FOR COMPENSATION**

This 16th day of February, 2017, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses filed by the Law Offices of Georgette Miller ("Applicant");[1]

**AND** the Supplemental Application indicating that Debtor's annualized current monthly income is below median;

**AND** the Supplemental Application acknowledging that, on February 27, 2014, the Court awarded counsel fees and costs of $3,000.00;

**AND** the Supplemental Application requesting additional attorney's fees in the amount of $2,500.00 for a loan modification application;

**AND** Applicant containing lumped time entries such as the following:

> Telephone call with lender: 3/10/15; 3/24/15; 4/6/15;
> 4/22/15; 5/5/15; 5/13/15; 6/3/15; 7/22/16. (3 hr. 10 min.)

Application ¶ 6(c);

---

[1] A copy of applicant's disclosure of compensation form pursuant to F.R.B.P. 2016(b) should be attached as an exhibit to every fee application.

**AND** requests for counsel fees over the no-look amount requiring the submission itemized time entries;[2]

It is hereby **ORDERED** that:

(1) A hearing shall be held on the Supplemental Application for Compensation and Reimbursement of Expenses on **Wednesday, March 29, 2017, at 10:30 a.m.**, in Bankruptcy Courtroom #3, Robert N.C. Nix, Sr., Federal Building and Post Office, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania;

(2) In the event that Applicant files an Exhibit to its Supplemental Fee Application, see L.B.F. 2016-2B ¶ 12, with itemized rather than lumped time entries and the entries are satisfactory, the hearing shall be cancelled.

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge

---

[2] Generally, time records with itemized entries are attached as an exhibit to the fee application. See L.B.R. 2016-2C ¶ 10.

2