United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-11862-jkf
Jean Evans Paulema                                                      Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR           Page 1 of 1           Date Rcvd: Feb 16, 2017
                    Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2017.
db             +Jean Evans Paulema,    7322 Pittville Avenue,    Philadelphia, PA 19126-1527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2017 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    M&T as servicer for Lakeview Loan Servicing
       agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    M&T as servicer for Lakeview Loan Servicing
       bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      DAVID   NEEREN    on behalf of Creditor    Lakeview Loan Servicing, LLC dneeren@udren.com,
       vbarber@udren.com
      GEORGETTE   MILLER    on behalf of Debtor Jean Evans Paulema info@georgettemillerlaw.com,
       georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
       rlaw.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T as servicer for Lakeview Loan Servicing
       bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      SALVATORE   CAROLLO    on behalf of Creditor    Bank of America, N.A ldoyle@udren.com,
       cblack@udren.com
      SHERRI J. BRAUNSTEIN    on behalf of Creditor    Bank of America, N.A sbraunstein@udren.com,
       vbarber@udren.com
      SHERRI J. BRAUNSTEIN    on behalf of Creditor    Lakeview Loan Servicing, LLC sbraunstein@udren.com,
       vbarber@udren.com
      THOMAS I. PULEO    on behalf of Creditor    M&T as servicer for Lakeview Loan Servicing
       tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                                      TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re** | : | **Chapter 13** |
| | : | |
| **JEAN EVANS PAULEMA,** | : | |
| | : | |
| Debtor. | : | **Case No. 13-11862 (JKF)** |

_____

**ORDER SCHEDULING HEARING
ON SUPPLEMENTAL APPLICATION FOR COMPENSATION**

This 16th day of February, 2017, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses filed by the Law Offices of Georgette Miller ("Applicant");[1]

**AND** the Supplemental Application indicating that Debtor's annualized current monthly income is below median;

**AND** the Supplemental Application acknowledging that, on February 27, 2014, the Court awarded counsel fees and costs of $3,000.00;

**AND** the Supplemental Application requesting additional attorney's fees in the amount of $2,500.00 for a loan modification application;

**AND** Applicant containing lumped time entries such as the following:

> Telephone call with lender: 3/10/15; 3/24/15; 4/6/15;
> 4/22/15; 5/5/15; 5/13/15; 6/3/15; 7/22/16. (3 hr. 10 min.)

Application ¶ 6(c);

---

[1] A copy of applicant's disclosure of compensation form pursuant to F.R.B.P. 2016(b) should be attached as an exhibit to every fee application.

**AND** requests for counsel fees over the no-look amount requiring the submission itemized time entries;[2]

It is hereby **ORDERED** that:

(1) A hearing shall be held on the Supplemental Application for Compensation and Reimbursement of Expenses on **Wednesday, March 29, 2017, at 10:30 a.m.**, in Bankruptcy Courtroom #3, Robert N.C. Nix, Sr., Federal Building and Post Office, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania;

(2) In the event that Applicant files an Exhibit to its Supplemental Fee Application, see L.B.F. 2016-2B ¶ 12, with itemized rather than lumped time entries and the entries are satisfactory, the hearing shall be cancelled.

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge

---

[2] Generally, time records with itemized entries are attached as an exhibit to the fee application. See L.B.R. 2016-2C ¶ 10.

2