United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Jean Evans Paulema
    Debtor

Case No. 13-11862-jkf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Mar 31, 2017
                          Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2017.
db         +Jean Evans Paulema,   7322 Pittville Avenue,   Philadelphia, PA 19126-1527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2017                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2017 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor    M&T as servicer for Lakeview Loan Servicing
         agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
        ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        BRIAN CRAIG NICHOLAS    on behalf of Creditor    M&T as servicer for Lakeview Loan Servicing
         bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
        DAVID   NEEREN    on behalf of Creditor    Lakeview Loan Servicing, LLC dneeren@udren.com,
         vbarber@udren.com
        GEORGETTE   MILLER     on behalf of Debtor Jean Evans Paulema info@georgettemillerlaw.com,
         georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
         rlaw.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T as servicer for Lakeview Loan Servicing
         bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        SALVATORE   CAROLLO    on behalf of Creditor    Bank of America, N.A ldoyle@udren.com,
         cblack@udren.com
        SHERRI J. BRAUNSTEIN    on behalf of Creditor    Bank of America, N.A sbraunstein@udren.com,
         vbarber@udren.com
        SHERRI J. BRAUNSTEIN    on behalf of Creditor    Lakeview Loan Servicing, LLC sbraunstein@udren.com,
         vbarber@udren.com
        THOMAS I. PULEO    on behalf of Creditor    M&T as servicer for Lakeview Loan Servicing
         tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                          TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jean Evans Paulema : CHAPTER 13
:
Debtors, : CASE NO. 13-11862 JKF

## ORDER APPROVING COUNSEL FEE

AND NOW, this 29TH day of March, 2017, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses submitted by Law Offices of Georgette Miller, Esq, P.C, counsel for Debtor, it is hereby ORDERED that additional counsel fees in and costs the amount of $2,500.00 are approved as fair and reasonable and necessary counsel fees in connection with this case and meet the requirements of Bankruptcy Rule 2016 and Section 329 of Title 11 United States Code. This amount is in addition to the amount already approved by Order of this Court.

BY THE COURT:

_____
Bankruptcy Judge

William C. Miller Chapter 13 Trustee
1234 Market Street, Suite 18-341
Philadelphia, PA 19107

Office of US Trustee
Suite 500
833 Chestnut Street
Philadelphia, PA 19107

Jean E. Paulema
7322 Pittville Avenue
Philadelphia, PA 19126

{00110605;v1}