# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jean E. Paulema a/k/a Paulema Jean-Evans<br>　　　　　　　　　Debtor<br><br>M&T as servicer for Lakeview Loan Servicing LLC<br>　　　　　　　　　Movant<br>　　　　vs.<br><br>Jean E. Paulema a/k/a Paulema Jean-Evans<br>　　　　　　　　　Debtor<br><br>William C. Miller Esq.<br>　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br><br>NO. 13-11862 AMC<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Motion of M&T as servicer for Lakeview Loan Servicing LLC for Relief from the Automatic Stay which was filed with the Court on or about January 25, 2017 (Document No. 63).

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　Brian Nicholas, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　Attorneys for Movant

December 4, 2017