United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jean Evans Paulema  
    Debtor

Case No. 13-11862-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 2    Date Rcvd: Jun 08, 2018  
    Form ID: 138NEW    Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2018.
```
db              +Jean Evans Paulema,    7322 Pittville Avenue,    Philadelphia, PA 19126-1527
13113600        +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                  El Segundo, CA 90245-3504
12985647       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America, N.A.,     4161 Piedmont Pkwy,    Greensboro, NC 27410)
12999942        +Bank of America, N.A.,    16001 North Dallas Parkway,    Addison, TX 75001-3311
14087560        +Christian Debt Free Counseling,    c/o Domains by Proxy, LLC,    2711 Centerville Road Suite 400,
                  Wilmington, DE 19808-1645
12985649        +Convergent Outsourcing,    800 Sw 39th St,    Renton, WA 98057-4975
13972031         David Neeren, Esquire UDREN LAW OFFICES, P.C. Wood,    111 Woodcrest Road, Suite 200,
                  Cherry Hill, NJ  08003-3620
12985650        +Dept Of Ed/Aspire Reso,    1200 N 7th St,    Harrisburg, PA 17102-1419
14087563        +GTI Holdings LLC,    100 N. Stone Ave,    Ste. 605,    Tucson, AZ 85701-1541
14087558        +Great Sky Finance LLC,    P.O. Box 330,    Hays, MT 59527-0330
14087564        +HSBC Card Services,    HSBC Bank N.A.,    P.O. Box 2013,    Buffalo, NY 14240-2013
13839961        +M&T,    c/o Thomas Puleo, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                  Phila., PA 19106-1541
13178022         M&T Bank as servicer for Lakeview Loan,    Servicing, LLC,    PO Box 840,
                  Buffalo, NY 14240-0840
12985653        +PGW,    800 W. Montgomery Ave,    Philadelphia, PA 19122-2806
14087559         Red Stone Financial, LLC,    612 E St.,    Timber Lake, SD  57656
14087567         SDS Processing,    Loan Solo,    1041 4th Avenue, Suite 302,    Oakland, CA  94606
14087566        +SDS Processing,    23901 Calabasas Road, Suite 1010,    Calabasas, Ca 91302-3308
14087562        +White Hills Cash,    Island Finance, LLC,    P.O. Box 330,    Hays, MT 59527-0330
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Jun 09 2018 02:10:05      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 09 2018 02:09:06
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 09 2018 02:09:41     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13064748         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 09 2018 02:17:34
                  American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                  Oklahoma City, OK  73124-8838
13003015         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 09 2018 02:17:12
                  American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                  Oklahoma City, OK  73126-8941
13037790        +E-mail/Text: bankruptcy@consumerportfolio.com Jun 09 2018 02:09:30
                  CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,    IRVINE, CA. 92619-7071
12985648        +E-mail/Text: bankruptcynotices@cbecompanies.com Jun 09 2018 02:09:37      Cbe Group,
                  1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
13357472         E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 09 2018 02:09:33      JEFFERSON CAPITAL SYSTEMS LLC,
                  PO BOX 7999,    ST CLOUD MN 56302
13116121         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 09 2018 02:05:51
                  LVNV Funding, LLC its successors and assigns as,    assignee of FFPM Carmel Holdings I, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12985651        +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 09 2018 02:06:15      Lvnv Funding Llc,
                  Po Box 740281,    Houston, TX 77274-0281
12985652        +E-mail/Text: bankruptcydpt@mcmcg.com Jun 09 2018 02:09:19      Midland Funding,
                  8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13027625         E-mail/Text: appebnmailbox@sprint.com Jun 09 2018 02:09:17      Sprint Nextel,
                  Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
12985654        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 09 2018 02:08:20
                  Verizon Wirelss,    2000 Corporate Dr,    Orangeburg, NY 10962-2624
                                                                                              TOTAL: 13
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court: Jefferson Capital Systems LLC,     PO BOX 7999,
                  ST CLOUD, MN  56302-9617)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: DonnaR              Page 2 of 2                   Date Rcvd: Jun 08, 2018
                              Form ID: 138NEW           Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    M&T as servicer for Lakeview Loan Servicing
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    M&T as servicer for Lakeview Loan Servicing
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              DAVID NEEREN    on behalf of Creditor    Lakeview Loan Servicing, LLC dneeren@udren.com,
               vbarber@udren.com
              GEORGETTE MILLER    on behalf of Debtor Jean Evans Paulema info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T as servicer for Lakeview Loan Servicing
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T as servicer for Lakeview Loan Servicing LLC
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T as servicer for Lakeview Loan Servicing
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T as servicer for Lakeview Loan Servicing LLC
               bkgroup@kmllawgroup.com
              SALVATORE CAROLLO    on behalf of Creditor    Bank of America, N.A ldoyle@udren.com,
               cblack@udren.com
              SHERRI J. BRAUNSTEIN    on behalf of Creditor    Bank of America, N.A
               sherri.braunstein@phelanhallinan.com,    pa.bkecf@fedphe.com
              SHERRI J. BRAUNSTEIN    on behalf of Creditor    Lakeview Loan Servicing, LLC
               sherri.braunstein@phelanhallinan.com,    pa.bkecf@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    M&T as servicer for Lakeview Loan Servicing
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 15
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Jean Evans Paulema
    Debtor(s)

Bankruptcy No: 13−11862−amc
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 6/8/18

94 – 93
Form 138_new