**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Jean E. Paulema aka Paulema, Jean-Evans <br> Debtor(s) | CHAPTER 13 |
| M&T as servicer for Lakeview Loan Servicing LLC <br> Movant <br> vs. | NO. 13-11862 AMC |
| Jean E. Paulema aka Paulema, Jean-Evans <br> Debtor(s) <br> William C. Miller Esq. <br> Trustee | 11 U.S.C. Section 362 |

## STIPULATION TO RESOLVE MOTION FOR RELIEF AND APPROVE LOAN MODIFICATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$6,570.97,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | $1,014.30 for Nov. 2017 – Jan. 2018 |
| | $1,017.93 for Feb. 2018 – May 2018 |
| Suspense Balance: | ($543.65) |
| **Total Post-Petition Arrears** | **$6,570.97** |

2. The Debtor(s) shall cure said arrearages in the following manner;

a) Debtor has applied and been approved for a Loan Modification Agreement with Movant. The Loan Modification is attached hereto as Exhibit "A".

b) The Movant and Debtor are authorized to enter into and consummate the Loan Modification as outlined in this agreement.

c) Per the modification documents, all completely executed modification documents must be received by M&T Bank on or before June 22, 2018.

d) The stay is vacated to allow for the approval and recordation (if applicable) of the Loan Modification.

e) As long as all required modification documents are received by Movant by June 22, 2018, the loan modification will be approved, the arrears described in Paragraph 1 will be cured, and the loan will be due for July 1, 2018.

3. The pending Motion for Relief and opposition thereto shall hereby be marked as moot.

4. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

5. The parties agree that a facsimile signature shall be considered an original signature.

Date:   May 22, 2018                          By:   /s/ Rebecca A. Solarz, Esquire
                                                    Rebecca A. Solarz, Esquire
                                                    Attorney for Movant

Date:   June 11, 2018                         /s/ Georgette Miller Esq.
                                              Georgette Miller Esq.
                                              Attorney for Debtor

AND NOW, this 12th day of June, 2018 it is hereby **ORDERED** that if Jean E. Paulema aka Paulema, Jean-Evans (the "Debtor") and M&T as servicer for Lakeview Loan Servicing LLC ("Movant") elect to enter into the proposed loan modification under the terms proposed by the Mortgagee, the Debtor and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of USC § 362.

Bankruptcy Judge
Ashely M. Chan