United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                             Case No. 13-11862-amc
Jean Evans Paulema                                                 Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Jennifer              Page 1 of 1              Date Rcvd: Jun 12, 2018
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2018.
db             +Jean Evans Paulema,    7322 Pittville Avenue,    Philadelphia, PA 19126-1527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    M&T as servicer for Lakeview Loan Servicing
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    M&T as servicer for Lakeview Loan Servicing
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              DAVID   NEEREN    on behalf of Creditor    Lakeview Loan Servicing, LLC dneeren@udren.com,
               vbarber@udren.com
              GEORGETTE   MILLER    on behalf of Debtor Jean Evans Paulema info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T as servicer for Lakeview Loan Servicing
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T as servicer for Lakeview Loan Servicing LLC
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T as servicer for Lakeview Loan Servicing
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T as servicer for Lakeview Loan Servicing LLC
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T as servicer for Lakeview Loan Servicing
               bkgroup@kmllawgroup.com
              SALVATORE   CAROLLO    on behalf of Creditor    Bank of America, N.A ldoyle@udren.com,
               cblack@udren.com
              SHERRI J. Smith    on behalf of Creditor    Bank of America, N.A
               sherri.braunstein@phelanhallinan.com,    pa.bkecf@fedphe.com
              SHERRI J. Smith    on behalf of Creditor    Lakeview Loan Servicing, LLC
               sherri.braunstein@phelanhallinan.com,    pa.bkecf@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    M&T as servicer for Lakeview Loan Servicing
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 16

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jean E. Paulema aka Paulema, Jean-Evans<br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| M&T as servicer for Lakeview Loan Servicing LLC<br>　　　　　　　　　Movant<br>　　vs.<br>Jean E. Paulema aka Paulema, Jean-Evans<br>　　　　　　　　　Debtor(s)<br>William C. Miller Esq.<br>　　　　　　　　　Trustee | NO. 13-11862 AMC<br><br>11 U.S.C. Section 362 |

## STIPULATION TO RESOLVE MOTION FOR RELIEF AND APPROVE LOAN MODIFICATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$6,570.97,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | $1,014.30 for Nov. 2017 – Jan. 2018 |
| | $1,017.93 for Feb. 2018 – May 2018 |
| Suspense Balance: | ($543.65) |
| **Total Post-Petition Arrears** | **$6,570.97** |

2. The Debtor(s) shall cure said arrearages in the following manner;

a) Debtor has applied and been approved for a Loan Modification Agreement with Movant. The Loan Modification is attached hereto as Exhibit "A".

b) The Movant and Debtor are authorized to enter into and consummate the Loan Modification as outlined in this agreement.

c) Per the modification documents, all completely executed modification documents must be received by M&T Bank on or before June 22, 2018.

d) The stay is vacated to allow for the approval and recordation (if applicable) of the Loan Modification.

e) As long as all required modification documents are received by Movant by June 22, 2018, the loan modification will be approved, the arrears described in Paragraph 1 will be cured, and the loan will be due for July 1, 2018.

3. The pending Motion for Relief and opposition thereto shall hereby be marked as moot.

4. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

5. The parties agree that a facsimile signature shall be considered an original signature.

Date:   May 22, 2018                By: __/s/ Rebecca A. Solarz, Esquire___
                                        Rebecca A. Solarz, Esquire
                                        Attorney for Movant

Date: June 11, 2018                  /s/ Georgette Miller Esq.
                                        Georgette Miller Esq.
                                        Attorney for Debtor

AND NOW, this 12th day of June, 2018 it is hereby **ORDERED** that if Jean E. Paulema aka Paulema, Jean-Evans (the "Debtor") and M&T as servicer for Lakeview Loan Servicing LLC ("Movant") elect to enter into the proposed loan modification under the terms proposed by the Mortgagee, the Debtor and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of USC § 362.

_____
Bankruptcy Judge
Ashely M. Chan